```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

VS.                                      CRIMINAL NO. 3:00-cr-165-WHB
                                    CIVIL ACTION NO. 3:06-cv-619-WHB

**STARSKY DARNELL REDD**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Opinion and Order that denied Defendant's Motion to Vacate Conviction and Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 17th day of January, 2008.

                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE